JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL CORDERO FLORES,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security[1],<br><br>    Defendant. | Case No. 1:24-cv-00561-KES-BAM<br><br>STIPULATION AND |PROPOSED| ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from August 12, 2024 to October 11, 2024, for Plaintiff to serve on defendant with PLAINTT'S

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 29, 2024        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: July 29, 2024        PHILLIP A. TALBERT
                            United States Attorney
                            MATHEW W. PILE
                            Associate General Counsel
                            Office of Program Litigation
                            Social Security Administration

By:  **/s/ Justin Lane Martin*
     Justin Lane Martin
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on July 29, 2024)

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to serve a Motion for Summary Judgment is GRANTED. Plaintiff shall file his Motion for Summary Judgment on or before October 11, 2024. All other dates in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **July 30, 2024**        /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE