PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: 510-970-4864
      Facsimile: (415) 744-0134
      E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOEL CORDERO FLORES,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:24-cv-00561-KES-BAM<br><br>STIPULATION FOR AN EXTENSION OF TIME; [PROPOSED] ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended seven (7) days from November 14, 2024, up to and including November 21, 2024.  This is the parties' third stipulation for an extension of the Court's Scheduling Order, and Defendant's first extension.

    This is Defendant's first request for an extension, and it is made with good cause.  This case was recently reassigned to undersigned counsel for Defendant, along with three other briefs, all of which are due in November 2024.  In total, Moreover, counsel already has five briefs due by approximately mid-November.  Thus, Defendant requires an extension in this case, and may

Stip. for Ext.; 1:24-cv-00561-KES-BAM                 1

require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  October 23, 2024         /s/  Jonathan Omar Pena*
                                 JONATHAN OMAR PENA
                                 Attorney for Plaintiff
                                 *as authorized via e-mail on October 23, 2024

Dated: October 23, 2024          PHILLIP TALBERT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Office of Program Litigation, Office 7
                                 Social Security Administration

                            By:  /s/  Mary Tsai
                                 MARY TSAI
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including **November 21, 2024** to respond to Plaintiff's Opening Brief.  The remaining dates in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **October 24, 2024**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE