UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL CORDERO FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:24-cv-00561-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>Docs. 16, 20, 22 |

Plaintiff Joel Cordero Flores initiated this action against defendant Commissioner of Social Security seeking judicial review of a final administrative decision denying his applications for disability insurance benefits under Title II of the Social Security Act and for supplemental security income under Title XVI of the Social Security Act. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302.

On October 15, 2024, plaintiff filed a motion for summary judgement seeking to have the decision remanded. Doc. 16. On November 21, 2024, defendant filed a responsive brief seeking to have the decision affirmed. Doc. 20. On September 8, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for summary judgment be granted and that the Commissioner's request to affirm the agency determination to deny benefits be denied. Doc. 22. Specifically, the magistrate judge determined that the Administrative Law Judge ("ALJ") committed reversible error in the evaluation of the prior

1

administrative medical findings regarding plaintiff's visual limitations and that the ALJ's residual functional capacity determination regarding plaintiff's visual limitations was not supported by substantial evidence. *Id.* at 9–10.  The magistrate judge further found that remand was appropriate. *Id.* at 10.

The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 11.  Neither party filed objections, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), the Court conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 8, 2025, Doc. 22, are adopted in full;
2. Plaintiff's motion for summary judgment, Doc. 16, is granted;
3. The Commissioner's request to affirm the agency's decision, Doc. 20, is denied;
4. The matter is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the findings and recommendations; and
5. The Clerk of the Court is directed to enter judgment in favor of plaintiff Joel Cordero Flores and against defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated: October 25, 2025

UNITED STATES DISTRICT JUDGE

2